**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Keiri Yennisel Concepcion aka Keiri Y. Concepcion aka Keiri Concepcion aka Keiri Monnegro<br><br>    Debtor(s) | BK NO. 21-02432-MJC<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                        Respectfully submitted,



Rebecca Solarz
01 Dec 2021, 14:00:40, EST

        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322