In re:                                                                                         Case No. 21-02432-MJC

Keiri Yennisel Concepcion                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5             User: AutoDocke            Page 1 of 2

Date Rcvd: Dec 13, 2021          Form ID: pdf010            Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keiri Yennisel Concepcion, 42 Kado Street, Wilkes-Barre, PA 18705-3613 |
| 5445827 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5445828 | + | Macy's, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 5445830 | + | Midland Mortgage Co., P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 5445831 | + | Nissan Infiniti, PO Box 9013, Addison, TX 75001-9013 |
| 5445834 | + | Richard Santana, 42 Kado St., Wilkes Barre, PA 18705-3613 |
| 5445835 | + | TD Bank/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 5449279 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5445837 | + | Wells Fargo/Bobs Furniture, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5445822 | | Email/Text: ally@ebn.phinsolutions.com | Dec 13 2021 18:33:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5446643 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2021 18:36:18 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5449338 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2021 18:36:18 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5445824 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2021 18:48:59 | CBNA, PO Box 6497, Sioux FAlls, SD 57117-6497 |
| 5445823 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2021 18:36:07 | Capital One Bank, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5450677 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2021 18:49:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5445825 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2021 18:33:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5450676 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2021 18:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5445829 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 13 2021 18:33:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 5445832 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2021 18:33:00 | PNC Bank, NA, PO Box 94982, Cleveland, OH 44101 |
| 5445833 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 13 2021 18:36:12 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502 |
| 5445836 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2021 18:36:08 | The Home Depot/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5445826 | *+ | Keiri Yennisel Concepcion, 42 Kado Street, Wilkes-Barre, PA 18705-3613 |
| 5449842 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Keiri Yennisel Concepcion tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| :--- | :--- | :--- |
| Keiri Yennisel Concepcion,<br>aka Keiri Y. Concepcion, aka Keiri Concepcion, aka<br>Keiri Monnegro,<br><br>**Debtor 1** | Chapter<br><br>Case No. | 13<br><br>5:21−bk−02432−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 18, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: January 25, 2022<br><br>Time: 09:30 AM |
| :--- | :--- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| :--- | :--- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 13, 2021 |

ntcnfhrg (08/21)