# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Keiri Yennisel Concepcion aka Keiri Y. Concepcion aka Keiri Concepcion aka Keiri Monnegro<br>Debtor(s)<br><br>MIDFIRST BANK, its successors and/or assigns<br>Movant<br>vs.<br><br>Keiri Yennisel Concepcion aka Keiri Y. Concepcion aka Keiri Concepcion aka Keiri Monnegro<br>Debtor(s)<br><br>Jack N. Zaharopoulos<br>Trustee | CHAPTER 13<br><br><br>NO. 21-02432 MJC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about **January 3, 2022, docket number 24**.

    Respectfully submitted,


    /s/ Rebecca A. Solarz, Esq.
    _____
    Rebecca A. Solarz, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    Phone: (215)-627-1322

Dated: February 14, 2022