United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-02432-MJC |
| Keiri Yennisel Concepcion | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Apr 25, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2022:**

**Recip ID          Recipient Name and Address**
+ Richard D. Santana, 276 Coal Street, Wilkes-Barre, PA 18702-6503

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2022            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Nissan Motor Acceptance Corporation as Servicing Agent for Infiniti Financial Services kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Keiri Yennisel Concepcion tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> KEIRI YENNISEL CONCEPCION, <br>     Debtor, <br><br> NISSAN MOTOR ACCEPTANCE CORPORATION, AS SERVICING AGENT FOR INFINITI FINANCIAL SERVICES, <br><br>     Movant, <br><br> V. <br><br> KEIRI YENNISEL CONCEPCION, <br> RICHARD D. SANTANA and, <br> JACK N. ZAHAROPOULOS, Trustee, <br><br>     Respondents. | Bankruptcy No. 5:21-bk-02432-MJC <br><br> Chapter 13 <br><br> Doc. No. 35 |

## ORDER

Upon consideration of the foregoing *Motion to Withdraw the Motion for Relief from Stay & Co-Debtor Stay*, it is hereby ORDERED that the Motion is approved.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 25, 2022