**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>KEIRI YENNISEL CONCEPCION, | : : : : : | CHAPTER  13<br><br>CASE NO. 5 - 21 -bk- 02432 |
| **Debtor(s)**<br>NISSAN MOTOR ACCEPTANCE CORPORATION, AS SERVICING AGENT FOR INFINITI FINANCIAL SERVICES, | : : : : : : : | ADVERSARY NO. __-___-ap.<br>(if applicable) |
| **Plaintiff(s)/Movant(s)**<br>vs.<br>KEIRI YENNISEL CONCEPCION, RICHARD D. SANTANA, and JACK N. ZAHAROPOULOS, Trustee, | : : : : : : : | Nature of Proceeding: Motion for<br>Pleading: Relief from Automatic Stay |
| **Defendant(s)/Respondent(s)** | : | Document #: 40, 41 |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☑ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ☑ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: September 8, 2022      /s/ Keri P. Ebeck
                              Attorney for Nissan Motor Acceptance Corp et al

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.