IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 5:21-bk-02432-MJC |
| KEIRI YENNISEL CONCEPCION, Debtor, | Chapter 13 |
| NISSAN MOTOR ACCEPTANCE CORPORATION, AS SERVICING AGENT FOR INFINITI FINANCIAL SERVICES, | Doc. No. |
| Movant, | |
| V. | |
| KEIRI YENNISEL CONCEPCION, RICHARD D. SANTANA, and JACK N. ZAHAROPOULOS, Trustee, Respondents. | |

CERTIFICATE OF NO CONCURRENCE

The undersigned hereby certifies that Debtor's attorney, Tullio DeLuca has consented to the

Withdraw of the Motion for Relief from Stay & Co-Debtor Stay.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for Nissan Motor Acceptance*
*Corporation, as Servicing Agent for Infiniti*
*Financial Services*

Date: September 22, 2022