United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-02432-MJC |
| Keiri Yennisel Concepcion | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Sep 26, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

**Recip ID    Recipient Name and Address**
  +  Richard Santana, 42 Kado Street, Wilkes-Barre, PA 18705-3613

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Nissan Motor Acceptance Corporation  as Servicing Agent for Infiniti Financial Services kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Tullio DeLuca | on behalf of Debtor 1 Keiri Yennisel Concepcion tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 5:21-bk-02432-MJC |
| KEIRI YENNISEL CONCEPCION, Debtor, | Chapter 13 |
| NISSAN MOTOR ACCEPTANCE CORPORATION, AS SERVICING AGENT FOR INFINITI FINANCIAL SERVICES, | Doc. No. 40 |
| Movant, | |
| V. | |
| KEIRI YENNISEL CONCEPCION, RICHARD D. SANTANA, and JACK N. ZAHAROPOULOS, Trustee, Respondents. | |

## ORDER

Upon consideration of the *Motion to Withdraw the Motion for Relief from the Automatic Stay & Co-Debtor Stay*, Dkt. # 44 ("Motion"), and upon the Debtor's concurrence thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

By the Court,

/s/ Mark J. Conway
Mark J. Conway, Bankruptcy Judge
Dated: September 26, 2022