IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*********************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KEIRI YENNISEL CONCEPCION | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-21-BK-02432 |

*********************************************************************

| | |
|---|---|
| KEIRI YENNISEL CONCEPCION | : |
| MOVANTS | : |
| vs | : |
| GEISINGER COMMUNITY HEALTH | : |
| SERVICES | : |
| and JACK N. ZAHAROPOULOS | : |
| RESPONDENTS | : |

*********************************************************************

**ORDER**

*********************************************************************

Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS THEREFORE ORDERED that until further Order of this Court, the entity from who the Debtor, KEIRI YENNISEL CONCEPCION, receives income:

> GEISINGER COMMUNITY HEALTH SYSTEMS
> 100 NORTH ACADEMY AVENUE
> DANVILLE, PA 17822

deduct from said Debtor's income the sum of $ 81.00 from each bi-weekly paycheck on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

> JACK N. ZAHAROPOOLOS, ESQUIRE
> CHAPTER 13 TRUSTEE
> PO BOX 6008
> MEMPHIS, TN 38101-6008

IT IS FURTHER ORDERED that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the case number 5-21-02432 on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the subject entity in this case.

IT IS FURTHER ORDERED that this Order will terminate without further Order, eight (8) months from the Date of this Order, if it is not terminated by an earlier Order from this Court.