United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                   Case No. 21-02432-MJC

Keiri Yennisel Concepcion                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jun 04, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

**Recip ID**                **Recipient Name and Address**
      +   Richard Santana (Non-Filing Co-Debtor), 42 Kado Street, Wilkes-Barre, PA 18705-3613

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2024                     Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Nissan Motor Acceptance Corporation as Servicing Agent for Infiniti Financial Services kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michael Patrick Farrington | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Keiri Yennisel Concepcion tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KEIRI YENNISEL CONCEPCION,<br>          Debtor,<br><br>NISSAN MOTOR ACCEPTANCE<br>CORPORATION, AS SERVICING AGENT FOR<br>INFINITI FINANCIAL SERVICES,<br><br>          Movant,<br><br>     v.<br><br>KEIRI YENNISEL CONCEPCION and,<br>RICHARD D. SANTANA and,<br>JACK N. ZAHAROPOULOS, Trustee,<br>          Respondents. | Bankruptcy No.  5:21-bk-02432-MJC<br><br>Chapter 13 |

## ORDER

Upon consideration of the foregoing *Certification of Default of the Stipulated Order Resolving*

*Motion for Relief from Stay Re: 2013 Infinity QX56, VIN: JN8AZ2NEXD9091606*, Dkt. # 71, after

notice and no responses having been filed thereto, it is hereby

**ORDERED, ADJUDGED AND DECREED**, that relief from the automatic stay pursuant to 11

U.S.C. § 362 is granted as to the interest of Nissan Motor Acceptance Corporation, as Servicing Agent for

Infiniti Financial Services

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 4, 2024