UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KEIRI YENNISEL CONCEPCION
AKA: KEIRI MONNEGRO, KEIRI Y. CONCEPCION, KEIRI CONCEPCION

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-21-02432-MJC

KEIRI YENNISEL CONCEPCION
AKA: KEIRI MONNEGRO, KEIRI Y. CONCEPCION, KEIRI CONCEPCION

Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on June 14, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan

As of June 14, 2024, the Debtor(s) is/are $324.00 in arrears a plan payment having last been made on June 10, 2024.

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated: June 14, 2024

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KEIRI YENNISEL CONCEPCION<br>AKA: KEIRI MONNEGRO, KEIRI Y. CONCEPCION, KEIRI CONCEPCION<br><br>Debtor(s)<br><br>JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | CHAPTER 13<br><br>CASE NO: 5-21-02432-MJC |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 14, 2024, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA 18504-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail

KEIRI YENNISEL CONCEPCION
42 KADO STREET
WILKES-BARRE PA 18705

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 14, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com