United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-02432-MJC |
| Keiri Yennisel Concepcion | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 31, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | GEISINGER COMMUNITY HEALTH SYSTEMS, 100 NORTH ACADEMY AVENUE, DANVILLE, PA 17822-9800 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Keri P Ebeck | on behalf of Creditor Nissan Motor Acceptance Corporation as Servicing Agent for Infiniti Financial Services kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Tullio DeLuca | on behalf of Debtor 1 Keiri Yennisel Concepcion tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
****************************************************************************
IN RE:                              :     CHAPTER 13
KEIRI YENNISEL CONCEPCION           :
                                    :
        Debtor(s)                   :     CASE NO. 5-21-BK-02432
****************************************************************************
KEIRI YENNISEL CONCEPCION           :
                MOVANT               :
vs                                  :
GEISINGER COMMUNITY HEALTH          :
SERVICES                            :
and JACK N. ZAHAROPOULOS            :
                RESPONDENTS         :
********************************************************************** ******
                            ORDER
****************************************************************************
```

Upon consideration of the above-named Debtor having filed a Motion to Terminate Wage Attachment for Trustee Payments under Chapter 13 of the Bankruptcy Code,

IT IS HEREBY ORDERED that the Motion to Terminate Wage Attachment for Trustee Payments issued to:

GEISINGER COMMUNITY HEALTH SYSTEMS
100 NORTH ACADEMY AVENUE
DANVILLE, PA 17822

is hereby **GRANTED** and the Wage Attachment entered in the herein case pursuant to Order dated August 18, 2023 is hereby terminated.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: October 31, 2025