Certificate Number: 15317-PAM-DE-040564113

Bankruptcy Case Number: 21-02432


15317-PAM-DE-040564113

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 29, 2026, at 10:18 o'clock PM PST, Keiri J Concepcion completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 29, 2026

By: /s/Dolly Perez

Name: Dolly Perez

Title: Credit Counselor