United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-02432-MJC |
| Keiri Yennisel Concepcion | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jan 30, 2026 | Form ID: 3180W | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keiri Yennisel Concepcion, 42 Kado Street, Wilkes-Barre, PA 18705-3613 |
| 5445834 | + | Richard Santana, 42 Kado St., Wilkes Barre, PA 18705-3613 |
| 5445837 | + | Wells Fargo/Bobs Furniture, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5445822 | | EDI: GMACFS.COM | Jan 30 2026 23:43:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5446643 | + | EDI: AISACG.COM | Jan 30 2026 23:43:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5449338 | + | EDI: AISACG.COM | Jan 30 2026 23:43:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5445824 | + | EDI: CITICORP | Jan 30 2026 23:43:00 | CBNA, PO Box 6497, Sioux FAlls, SD 57117-6497 |
| 5445823 | + | EDI: AIS.COM | Jan 30 2026 23:43:00 | Capital One Bank, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5450677 | | EDI: CITICORP | Jan 30 2026 23:43:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5445825 | | EDI: WFNNB.COM | Jan 30 2026 23:43:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5450676 | | EDI: Q3G.COM | Jan 30 2026 23:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5454978 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 30 2026 18:42:00 | Infiniti Financial Services, Po Box 9013, Addison, Texas 75001-9013 |
| 5445827 | | Email/Text: tullio.deluca@verizon.net | Jan 30 2026 18:42:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5445828 | + | EDI: CITICORP | Jan 30 2026 23:43:00 | Macy's, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 5456117 | + | EDI: AISMIDFIRST | Jan 30 2026 23:43:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5445829 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2026 18:42:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 5445830 | + | EDI: AISMIDFIRST | Jan 30 2026 23:43:00 | Midland Mortgage Co., P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 5445831 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 30 2026 18:42:00 | Nissan Infiniti, PO Box 9013, Addison, TX |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 75001-9013 |
| 5455174 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2026 18:42:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 5445832 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2026 18:42:00 | PNC Bank, NA, PO Box 94982, Cleveland, OH 44101 |
| 5445833 | | EDI: PRA.COM | Jan 30 2026 23:43:00 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502 |
| 5454862 | | EDI: PRA.COM | Jan 30 2026 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5452086 | | EDI: Q3G.COM | Jan 30 2026 23:43:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5445835 | + | EDI: WTRRNBANK.COM | Jan 30 2026 23:43:00 | TD Bank/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 5445836 | + | EDI: CITICORP | Jan 30 2026 23:43:00 | The Home Depot/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5466549 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 30 2026 18:51:32 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107 |
| 5449279 | | EDI: WFCCSBK | Jan 30 2026 23:43:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5445826 | *+ | Keiri Yennisel Concepcion, 42 Kado Street, Wilkes-Barre, PA 18705-3613 |
| 5449842 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |

Jack N Zaharopoulos
    ecf_pahu_alt@trustee13.com

Keri P Ebeck
    on behalf of Creditor Nissan Motor Acceptance Corporation as Servicing Agent for Infiniti Financial Services kebeck@bernsteinlaw.com,
    btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Tullio DeLuca
    on behalf of Debtor 1 Keiri Yennisel Concepcion tullio.deluca@verizon.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Keiri Yennisel Concepcion<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0025<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:21-bk-02432-MJC | |

# Order of Discharge            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Keiri Yennisel Concepcion
aka Keiri Y. Concepcion, aka Keiri Concepcion,
aka Keiri Monnegro

1/30/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**